UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

In re  AZIM FEDA                    :
       Debtor                       :
                                    :   Case No.   12-12001-BFK
                                    :   Chapter    11
_____ :

MOTION TO CONVERT CASE TO CHAPTER 7

COMES NOW, AZIM FEDA, debtor, and represents to the Court as follows:

1. Debtor filed a petition for an order for relief under Chapter 11 of the Bankruptcy Code on March 28, 2012, and a Chapter 13 order for relief was granted.

2. Debtor is qualified to file for an order for relief under Chapter 7 of the Bankruptcy Code.

WHERFORE, debtors pray for an order of relief under Chapter 7 of the Bankruptcy Code pursuant to 11 USC Section 1307(a).

Date:  July 9, 2013              /s/ Nathan Fisher
                                 Nathan Fisher
                                 Counsel for Debtor - #37161
                                 3977 Chain Bridge Rd., #2
                                 Fairfax, VA   22030
                                 (703) 691-1642

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this 9th day of July, 2013, I served the foregoing parties on the attached mailing matrix, via first-class mail, under Local Rule 4001(a)-1(E)(1), and, also:

Bradley David Jones, Esq.
Office of the US Trustee
115 S. Union Street, Ste. 210
Alexandria, VA   22314

                                                    **/s/ Nathan Fisher**
                                                    Nathan Fisher