## UNITED STATES BANKRUPCTY COURT

## FOR THE

## EASTERN DISTRICT OF VIRGINIA
## Alexandria Division

In re:                                              :
                                                    :    **Chapter 7**
Azim Feda                                           :    **Case No. 12-12001**
    Debtor                       :
_____                :

## DEBTORS' ANSWER TO MOTION TO REOPEN

    **Debtor, through undersigned counsel, responds to the Motion to Reopen filed by Mustafa Wafa as follows:**

    1.    **The Debtor does not oppose the Motion to Reopen for the purpose of filing an Adversary Proceeding to determine dischargeability of the purported debt owed to Mustafa Wafa.**

    2.    **The allegations of paragraphs 1, 2, 5, 6, 10, 11 and 16 are admitted.**

    3.    **The debtor is not able to admit or deny the allegations of paragraphs 7, 8, 9, 12, 13, 14 and 15.**

    4.    **The debtor denies the allegations of paragraphs 3 and 4. The "note" was signed more than a year before any Motion to Convert was filed; furthermore, the debtor was functioning as a guarantor of a loan to Edward Marin and the debtor did not personally receive the funds referenced in the**

_____
**Nathan Fisher, VSB #37161**
**3977 Chain Bridge Rd., #2**
**Fairfax, VA   22030**
**(703) 691-1642**
**Counsel for Defendant**

"note" (see attachments).

**WHEREFORE, the Debtor does not oppose the Motion to Reopen so that the Movant may file an Adversary Proceeding to determine the dischargeabilty of the purported debt owed to Mustafa Wafa.**

**Dated: March 30, 2015**

**Respectfully Submitted
Azim Feda
By Counsel:
/s/ Nathan Fisher
Nathan Fisher
3977 Chain Bridge Rd., #2
Fairfax, VA   22030
(703) 691-1642
VSB #37161**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of March 2015, I served the foregoing, via first-class mail, on the following, who are all necessary parties under Local Rule 4001(a)-1(E)(1):

Gregory Counts, Esq.
Tyler, Bartl, Ramsdell & Counts, PLC
300 N. Washington St., Suite 202
Alexandria, VA   22314

H. Jason Gold, Esq.
Nelson, Mullins, Riley & Scarborough, LLP
101 Constitution Avenue, NW
Suite 900
Washington DC   20001

Office of the U.S. Trustee
115 South Union Street, Ste. 210
Alexandria, VA   22314

/s/ Nathan Fisher
Nathan Fisher